AO 440 (Rev. 12/09) Summons in a Civil Action

# United States District Court
## for the
## District of Delaware

| | |
|---|---|
| CHINOOK LICENSING DE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCRIBD, INC.,<br><br>　　　　　Defendant. | Civil Action No. 13-2078<br><br>TRIAL BY JURY DEMANDED |

### Summons in a Civil Action

To: Scribd, Inc.
　　c/o Business Filings Incorporated
　　108 West 13th St.
　　Wilmington, DE 19801

A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　Richard D. Kirk
　　Stephen B. Brauerman
　　Bayard, P.A.
　　222 Delaware Avenue, Suite 900
　　Wilmington, Delaware 19801
　　302-655-5000 (phone)
　　302-658-6395 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

12/23/2013
DATE

_[signature]_
DEPUTY CLERK'S SIGNATURE

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-2078

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* SCRIBD, INC.
was received by me on *(date)* 12/24/13

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MELANIE MCGRATH (authorized person), who is designated by law to accept service of process on behalf of *(name of organization)* SCRIBD, INC. C/O BUSINESS FILINGS INC.. 1209 ORANGE STREET WILMINGTON, DE 19801 on *(date)* 12/24/13

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/24/13

*Server's signature*

DENORRIS BRITT
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc: